UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of Hyo-Seob Oh,<br><br>　　　　　　　　　　　　　Applicant. | Case No.:  22-mc-1649-DDL<br><br>**ORDER SETTING BRIEFING SCHEDULE ON EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

On November 8, 2022, Applicant Hyo-Seob Oh ("Applicant") filed an *ex parte* Application for an order authorizing the issuance of a subpoena *duces tecum* directing Respondent Sandip Minhas, Esq. to appear for a deposition and produce specified categories of documents. Applicant asserts that the subpoena *duces tecum* seeks evidence that is relevant to a lawsuit pending in Korea in which Applicant is a party.

After reviewing the *ex parte* Application, the Court **ORDERS** as follows:

(1) Applicant shall serve the *ex parte* Application and this Order on Respondent Sandip Minhas, Esq. on or before **December 7, 2022**, and file a Notice of Service with the Court.

(2) Any opposition to the *ex parte* Application shall be filed on or before **December 21, 2022**.

(3) Applicant may file a reply on or before **December 28, 2022**.

1

(4) Unless the Court directs otherwise, the *ex parte* Application will be deemed submitted on the papers upon the filing of Applicant's reply or, if no reply is filed, as of the due date of the reply.

**IT IS SO ORDERED.**

Dated: November 23, 2022

*David Leshner*

Hon. David D. Leshner
United States Magistrate Judge